```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Charles Murphy</u>

    v.                                  Civil No. 08-224-JD

<u>United States</u>

## PROCEDURAL ORDER

The petitioner has filed a motion requesting a certificate of appealability (document no. 17).  The court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

    SO ORDERED.

                                                                                     Joseph A. DiClerico, Jr.
                                                                                    United States District Judge

Date:  February 10, 2009

cc:  Aixa Maldonado-Quinones, Esquire
     Charles Murphy, pro se